**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.
JaVonne M. Phillips, Esq., SBN 187474
Julia Szafraniec, Esq., SBN 256783
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
Phone: (619)685-4800
Fax: (619)685-4810

Order Entered on
November 24, 2008
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>　Philip James Kirk and Margaret Ann Kirk,<br><br>　　　　　　　　　　　　　　　　Debtor. | BANKRUPTCY NO. 08-06734-JM7 |
| Mortgage Electronic Registration Systems, Inc. as nominee for Deutsche Bank National Trust Company, as Trustee, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc.,<br><br>　　　　　　　　　　　　　　　Moving Party | RS NO.    JSZ-1 |
| Philip James Kirk, Margaret Ann Kirk, Debtors; James L. Kennedy, Chapter 7 Trustee; and Renar Golf Communities, HOA Lien,<br><br>　　　　　　　　　　　　　　　Respondent(s) | CHAPTER NO. 7 |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ **REAL PROPERTY** ☐ **PERSONAL PROPERTY**

　　　　IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through (3) with exhibits, if any, for a total of <u>3</u> pages, is granted. Motion/Application Docket Entry No. 47

//
//
//
//

DATED: 　　November 24, 2008

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

_____
Judge, United States Bankruptcy Court

Submitted by:

McCarthy & Holthus, LLP
(Firm Name)

By:　/s/ Julia Szafraniec, Esq.
　　　Attorney for ☒ Movant ☐ Respondent

CSD 1162

**CSD 1162** [08/22/03] **(Page 2)**
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Philip James Kirk and Margaret Ann Kirk             CASE NO.: 08-06734-JM7
                                                            RS NO.: JSZ-1

The Motion of Mortgage Electronic Registration Systems, Inc. as nominee for Deutsche Bank National Trust Company, as Trustee, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc. ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 10/27/2008, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. <u>48,</u> if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 10/24/2008, and

☒ Debtor *(Name)*: Philip James Kirk and Margaret Ann Kirk
☒ Debtor's Attorney *(Name)*: Steven A. Alpert
☒ Trustee *(Name)*: James L. Kennedy
☐ United States Trustee (in Chapter 11 & 12 cases), and
☒ Others, if any *(Name)*: US Trustee, Renar Golf Communities, HOA Lien, Anne L. Warner, Christopher M. McDermott

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:
   a. Street address of the Property including county and state:
      218 Perfect Drive #2
      Daytona Beach, FL 32124

   b. Legal description is ☒ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:
**The ten-day stay described in Bankruptcy Rule 4001(a)(3) is waived.**

CSD 1162

*Signed by Judge James W. Meyers November 24,2008*

CSD 3010 [04/28/96]

Lot 3, of OPAL HILL UNIT II AT LPGA INTERNATIONAL, according to the Plat thereof, as recorded in Plat Book 52, at Pages 115 through 123, of the Public Records of Volusia County, Florida.

218 Perfect Drive, Daytona, FL 32124

**EXHIBIT A**

CSD 3010

*Signed by Judge James W. Meyers November 24,2008*